## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

LONNIE M. FORD,                            )
                                           )
                    Petitioner,            )
vs.                                        )            NO. CIV-05-0321-HE
                                           )
WARDEN OF F.C.I. EL RENO,                  )
UNITED STATES OF AMERICA,                  )
                                           )
                    Respondents.           )

### ORDER

Petitioner, a federal prisoner appearing *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Doyle W. Argo for review. On March 31, 2005, Judge Argo issued his Report and Recommendation, recommending that the petition be dismissed. The matter is currently before the Court on petitioner's objection to the Report and Recommendation.[1]

Having considered the matter *de novo*, the Court concurs with Judge Argo's conclusion that the case should be dismissed because petitioner's application seeks a remedy under 28 U.S.C. § 2255. As a result, the proper forum is the place of petitioner's conviction and sentence in the United States District Court for the Northern District of Indiana.[2] See Haugh v. Booker, 210 F.3d 1147, 1150 (10th Cir. 2000) (noting that a section 2255 motion must be brought in the district in which the defendant was sentenced).

---

[1] *Because petitioner has objected to the Report and Recommendation, the matter is reviewed de novo. 28 U.S.C. § 636(b)(1)(C).*

[2] *As noted by Judge Argo, petitioner has not demonstrated that his remedy under § 2255 is inadequate or ineffective.*

Accordingly, the Report and Recommendation is **ADOPTED** in its entirety and the case is **DISMISSED**.

**IT IS SO ORDERED**.

Dated this 5th day of May, 2005.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE